# RECONSIDERATION DOCKET

**97–737. State v. Coleman.**
Clark C.P. No. 96CR0142. Reported at 85 Ohio St.3d 129, 707 N.E.2d 476. On motion for reconsideration. Motion denied.

**98–668. Stacy v. Nationwide Mut. Ins. Co.**
Erie App. No. E–96–053. Reported at 85 Ohio St.3d 1203, 707 N.E.2d 507. On motion for reconsideration. The motion is denied for want of four votes on the following vote:

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., vote to deny.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., vote to grant.

RESNICK, J., not participating.

**98–1403. D & A Rofael Ent., Inc. v. Tracy.**
Board of Tax Appeals, No. 96–J–1000. Reported at 85 Ohio St.3d 118, 707 N.E.2d 467. On motion for reconsideration. Motion denied.

**98–1404. Shteiwi v. Tracy.**
Board of Tax Appeals, No. 96–J–999. Reported at 85 Ohio St.3d 118, 707 N.E.2d 467. On motion for reconsideration. Motion denied.

**98–2053. Henry Meyer Assoc., Inc. v. Moreland Hills.**
Cuyahoga App. No. 72754. Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577; 84 Ohio St.3d 1505, 705 N.E.2d 1245; and 85 Ohio St.3d 1435, 707 N.E.2d 1311. On memo opposing motion for reconsideration. The motion for reconsideration is granted, the discretionary appeal is allowed, and this cause is consolidated with 98–2054, *infra.*

DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**98–2054. Shemo v. Mayfield Hts.**
Cuyahoga App. No. 73241. Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577; 84 Ohio St.3d 1506, 705 N.E.2d 1245; and 85 Ohio St.3d 1436, 707 N.E.2d 1131. On memo opposing motion for reconsideration. The motion for reconsideration is granted, the discretionary appeal is allowed, and this cause is consolidated with 98–2053, *supra.*

DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**99–36. Reed v. Morgan.**
Huron App. No. H–98–021. Reported at 85 Ohio St.3d 1442, 708 N.E.2d 208. On motion for reconsideration by Joseph Reed and on motion for reconsideration by Mitchell Adams. Motions denied.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.